AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
SEP 29 2014
David J. Bradley, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. C-14-1031 M |
| RENDON, Ramiro | ) |
| | ) |
| WALL, Joe | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 9/28/2014 in the county of Brooks in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841 (a)(1) | Knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance in Schedule I of the Controlled Substance Act of 1970, to wit 30.82 kilograms (gross weight) of marijuana. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature
David Bishop, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: September 29, 2014

City and state: Corpus Christi, Texas

_____
Judge's signature
Jason Libby, US Magistrate Judge
Printed name and title

ATTACHMENT "A"

RENDON, Ramiro
WALL, Joe

On September 27, 2014, at approximately 11:23 pm, a beige Chevrolet Malibu, bearing Texas license plates CJN-2362, arrived at the Falfurrias, Texas, Border Patrol Checkpoint. Border Patrol Agent (BPA) Joey Saucy and BPA Enrique Benitez, along with his assigned canine Alan were working the primary inspection point.  Prior to the vehicle coming to a complete stop, BPA Benitez advised BPA Saucy to refer the vehicle to the secondary inspection point due to a positive canine alert.  BPA Saucy questioned the driver, Ramiro RENDON, regarding his citizenship and purpose of travel.  BPA Saucy then asked the front seat passenger Joe WALL for his identification.  BPA Saucy reported that WALL'S hand was shaking as he tried to retrieve his driver's license from his pocket.  BPA Saucy asked RENDON if he could look in the trunk and RENDON consented to the search.  BPA Saucy reported that RENDON'S hand was shaking while he was trying to figure out how to open the trunk.

While in the secondary inspection area, RENDON opened the trunk and canine Alan again alerted to the trunk area.  BPA Benitez looked in the trunk and noticed an aftermarket fabricated wall half way between the back seat and the rear of the car inside the trunk.  BPA Benitez removed the wall and discovered 24 bundles of contraband.  The bundles were probed and found to contain marijuana.  At that time, RENDON and WALL were taken into custody without incident. The 24 bundles of compressed marijuana had a total weight of approximately 30.82 kilograms.

RENDON and WALL were advised of their Miranda Rights separately.  RENDON and WALL gave conflicting stories about why they traveled to the Rio Grande Valley from Austin, Texas.  WALL maintained that he had no knowledge of the marijuana in the vehicle; although, the vehicle was rented by WALL on September 26, 2014.  During questioning by BPAs, RENDON admitted that they were being paid to drop a truck off in the Rio Grande Valley and drive a rental vehicle, which contained marijuana, back to Austin, Texas.

On September 28, 2014, SA David Bishop and Border Patrol Agent Jesse Villarreal, who is assigned to the DEA CCRO, went to the Falfurrias, Texas, Border Patrol Checkpoint.

SA Bishop and BPA Villarreal took custody of RENDON, WALL and all evidence associated with the investigation.

SA Bishop made contact with WALL first and advised him of the Miranda Warnings in the English language, which WALL acknowledged understanding and indicated so by signing the form as witnessed by BPA Villarreal. As SA Bishop was reading WALL his rights, WALL stated "I've never done anything like this before". After SA Bishop finished reading WALL his rights, he requested a lawyer. WALL was returned to his holding cell and no more questions were asked.

SA Bishop then made contact with RENDON. SA Bishop read RENDON his rights pursuant to the Miranda Decision. RENDON agreed to speak to agents without the presence of an attorney. RENDON explained that he was approached by someone in Austin, Texas, that asked him if he would drive a truck to the Rio Grande Valley and bring back a rental car containing marijuana. RENDON stated due to his financial status he accepted the offer and requested WALL to accompany him. RENDON would not identify the person who solicited him. RENDON stated he approached WALL with the offer and WALL also accepted. According to RENDON they left Austin, Texas on September 23, 2014. RENDON stated their truck broke down in Three Rivers, Texas. According to RENDON they were picked up and taken to a house near Edinburg, Texas. RENDON stated they were left at the house for several days. RENDON explained that the house had electricity, plumbing, and plenty of food. RENDON stated on September 26, 2014, the people returned and took WALL to rent a vehicle. RENDON stated WALL rented the vehicle and was dropped back off at the residence around 1:00 pm. According to RENDON, the people that took WALL to the rental car agency kept the rental car when they dropped off WALL.

RENDON stated that on September 27, 2014, at approximately 9:00 pm, the people returned and transported RENDON and WALL to another house near Edinburg, Texas where the rental car was waiting. RENDON stated that he and WALL got into the car and were escorted to a gas station to fill up the car. RENDON stated after the car was full of gas, he and WALL drove north until they were stopped at the checkpoint.

RENDON stated that upon arrival in Austin, Texas, he was supposed to call someone to come get the rental car.

RENDON stated that he and WALL were each going to get paid $300.00 for transporting the marijuana to Austin, Texas. RENDON stated he did not know how much marijuana they were transporting but he asked the people to confirm that it was marijuana and nothing else.

AUSA Chad Cowan was contacted and approved the federal prosecution of RENDON and WALL. RENDON and WALL were subsequently transported to the Coastal Bend Detention Center in Robstown, Texas for overnight detention pending further judicial proceedings.

The amount of marijuana seized infers the intent to distribute.